IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CLINTON SIMPSON**                                                                        **PLAINTIFF**

**V.**                                                              **NO. 4:16-CV-208-DMB-JMV**

**BANK OF AMERICA, NA;
COUNTRYWIDE HOME LOANS
SERVICING; and EMILY KAYE
COURTEAU, Substitute Trustee**                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this action is fully and finally **DISMISSED**.

**SO ORDERED**, this 5th day of October, 2017.

                                                  **/s/Debra M. Brown**
                                                  **UNITED STATES DISTRICT JUDGE**